HERBERT FRANSSON, ET AL, *Respondents*, v. JOSEPH
WLASIUK, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78-2-01266-1, Paul D. Hansen, J.,
entered March 27, 1979. *Affirmed* by unpublished opinion

per Ringold, J., concurred in by James, C.J., and Durham, J.